USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/19

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MELISSA KELLEY-HILTON,   Civil Action No. 19-cv-09963

              Plaintiff,

-against-   **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD**

STELING INFOSYSTEMS,

              Defendant.

-----------------------------------------------------------X

TO: The Clerk of the Court and Interested Parties

    PLEASE TAKE NOTICE THAT the undersigned counsel hereby withdraw their appearance in the above-referenced action and request that their names be removed from any applicable service lists and that the Clerk terminate the delivery of all ECF Notices in the above-referenced matter. Attorneys at Seyfarth Shaw LLP have filed a Notice of Appearance to represent Defendant effective as of today's date.

                                   Respectfully submitted,

                                   LOWENSTEIN SANDLER LLP

                                   /s/ Julie L. Werner
                                   Julie Levinson Werner
                                   Craig Dashiell
                                   1251 Avenue of the Americas

Dated: November 13, 2019          New York, NY 10020

*Granted.*
*[signature]*
*11/14/19*

19368/39
11/13/2019 205397578.1