# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

**MEMO ENDORSED**

December 1, 2019

**BY ECF**
Hon. Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED  12/6/2019
```

Re:   *Kelley-Hilton v. Sterling Infosystems*, 19 CV 9963 (DLC)

Dear Judge Cote:

I represent Plaintiff Melissa Kelley-Hilton in this action. Pursuant to Rule 4.A. of Your Honor's Individual Practices in Civil Cases, Plaintiff submits this letter to respectfully request that certain documents be filed under seal.

Plaintiff has just filed (1) Proposed Findings of Fact and Conclusions of Law, and (2) a Memorandum of Law, ahead of the December 5, 2019 preliminary injunction hearing. Both of these documents reference information, obtained from Defendant Sterling Infosystems, Inc. ("Sterling") through discovery, that Sterling designated Confidential or Attorneys' Eyes Only, and previously filed under seal. (ECF Nos. 33, 35.) In order to comply with these designations and the Court's Protective Order (ECF No. 26), Plaintiff has redacted the portions of her filings that reference any Confidential information, and respectfully requests that she be permitted to file the unredacted documents under seal. Pursuant to the Court's instructions, we have emailed unredacted versions to chambers.

Thank you for your time and attention to this matter.

Granted.
*Denise Cote*
12/5/19

Very truly yours,

/s

Jason L. Solotaroff

cc: Defendant's counsel.

217 Centre Street, 6th Floor  |  New York, New York 10013